Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Phil Hiroshima, Esq. (SBN 50758)
HIROSHIMA, LEWIS & DAGGETT
1420 River Park Drive, 2nd Floor
Sacramento, CA 95815
(916) 923-2223
(916) 929-7335
phiroshima@hldlaw.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>　　Plaintiffs,<br>　　　v.<br><br>NEW WEST PARTITIONS, a California Corporation,<br><br>　　Defendant. | Case No.: C14-04981 JSW<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:　February 20, 2015<br>Time:　11:00 a.m.<br>Dept.:　Courtroom 5, 2nd Floor, Oakland, CA<br>Judge:　Honorable Jeffrey S. White |

1  Plaintiffs and Defendant, by and through their respective counsel of record, hereby
2  respectfully request that the Case Management Conference, currently scheduled for February 25,
3  2015, be continued for approximately sixty (60) days, or as soon thereafter as may be convenient
4  for the Court. Good cause exists for the requested continuance as follows:

5  1. As the Court's records will reflect, this action was filed by Plaintiffs on November
6  10, 2014 to compel Defendant's compliance with its obligations to pay monthly contributions to
7  Plaintiffs for hours worked by its employees, pursuant to its Collective Bargaining Agreement.

8  2. Defendants filed an Answer to the Complaint on December 22, 2014.

9  3. Counsel for both parties have been in communication throughout this matter and
10 have made progress towards resolution of the matter. Defendant has paid a small portion of the
11 amounts due to Plaintiffs and proposed a schedule for payment of the remaining amounts owed to
12 Plaintiffs.

13 4. The parties jointly request a continuance of the Case Management Conference to
14 allow the parties to resolve this matter without the need for further litigation.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 //
27 //
28 //

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendant jointly and respectfully request that the Case Management Conference, currently scheduled for February 20, 2015, be continued for approximately sixty (60) days, to allow sufficient time for the parties to continue their attempts to resolve this matter outside of litigation.

Date: February 10, 2015          SALTZMAN & JOHNSON
                                 LAW CORPORATION

                        By:      _____/S/_____
                                 Michele R. Stafford
                                 Attorney for Plaintiffs

Date: February 10, 2015          HIROSHIMA, LEWIS & DAGGETT

                        By:      _____/S/_____
                                 Phil Hiroshima
                                 Attorney for Defendant

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to April 24, 2015 at 11:00 a.m. All related deadlines are extended accordingly. The parties' joint case management statement shall be due by April 17, 2015.

Date: February 11, 2015          _____
                                 UNITED STATES DISTRICT JUDGE

-3-
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO.: C14-04981 JSW

P:\CLIENTS\PATCL\NEW WEST PARTITIONS 5\PLEADINGS\JOINT REQUEST TO CONTINUE CMC_21015.DOCX