Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

Phil Hiroshima, Esq. (SBN 50758)
HIROSHIMA, LEWIS & DAGGETT
1420 River Park Drive, 2nd Floor
Sacramento, CA 95815
(916) 923-2223
(916) 929-7335
phiroshima@hldlaw.net

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW WEST PARTITIONS, a California Corporation,<br><br>    Defendant. | Case No.: C14-04981 JSW<br><br>**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   April 24, 2015<br>Time:  11:00 a.m.<br>Dept.:  Courtroom 5, 2nd Floor, Oakland, CA<br>Judge: Honorable Jeffrey S. White |

-1-
**JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**
**CASE NO.: C14-04981 JSW**

1  Plaintiffs and Defendant, by and through their respective counsel of record, hereby
2  respectfully request that the Case Management Conference, currently scheduled for April 24, 2015,
3  be continued for approximately sixty (60) days, or as soon thereafter as may be convenient for the
4  Court. GOOD CAUSE EXISTS for the requested continuance as follows:

5  1. As the Court's records will reflect, this action was filed by Plaintiffs on November
6  10, 2014 to compel Defendant's compliance with its obligations to pay monthly contributions to
7  Plaintiffs for hours worked by its employees, pursuant to its Collective Bargaining Agreement.

8  2. Defendants filed an Answer to the Complaint on December 22, 2014.

9  3. Counsel for both parties have been in communication throughout this matter and
10  have continued to make progress towards resolution of the matter. The parties previously filed a
11  request to continue the case management conference on February 10, 2015, based upon discussions
12  of a payment plan for Defendant. To date, no formal payment plan has been entered into, however,
13  Defendant has made additional payments towards the total amount due to Plaintiffs. The parties
14  remain in discussions regarding a formal payment plan for the remaining balance owed to Plaintiffs.
15  If a formal payment plan is not agreed upon within the next sixty (60) days, Plaintiffs will move for
16  summary judgment against Defendant.

17  4. The parties jointly request a continuance of the Case Management Conference to
18  allow the parties to further pursue resolution of this matter without the need for further litigation.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs, as well as the Court's time and resources, Plaintiffs and Defendant jointly and respectfully request that the Case Management Conference, currently scheduled for April 24, 2015, be continued for approximately sixty (60) days, to allow sufficient time for the parties to continue their attempts to resolve this matter outside of litigation.

Date: April 17, 2015      SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Adrian L. Canzoneri
Attorney for Plaintiffs

Date: April 17, 2015      HIROSHIMA, LEWIS & DAGGETT

By: _____/S/_____
Phil Hiroshima
Attorney for Defendant

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to June 26, 2015, at 11:00 a.m.. All related deadlines are extended accordingly.

Date: April 20, 2015

_____
UNITED STATES DISTRICT JUDGE

-3-
JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO.: C14-04981 JSW

P:\CLIENTS\PATCL\NEW WEST PARTITIONS 5\PLEADINGS\JOINT REQUEST TO CONTINUE CMC_41715.DOCX